[No. 16633-3-III.    Division Three.    February 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BYRON EUGENE SCHERF, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-02242-2, Neal Q. Rielly, J., entered May 14, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 16815-8-III.    Division Three.    February 2, 1999.]

DAWN COCKLE, *Respondent*, v. MORRIS NELSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-03343-6, Greg D. Sypolt, J., entered July 18, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Sweeney, J.

[No. 17328-3-III.    Division Three.    February 2, 1999.]

TRACEE L. RAIDER, *Appellant*, v. GREYHOUND LINES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-06692-1, Michael E. Donohue, J., entered February 14, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kato, J. Now published at 94 Wn. App. 816.

[No. 14917-0-III.    Division Three.    February 4, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MELODY E. LAMB, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 95-1-50062-4, Duane E. Taber, J., entered April 25, 1995. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Kato, JJ.